IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BMF, A Minor, by and through<br>Her Father and Next Friend,<br>TERRY FINLEY,<br>          Plaintiff,<br><br>vs.<br><br>HUAWEI TECHNOLOGIES USA, INC.<br><br>          Defendant. | Case No. |

## PETITION OF TERRY FINLEYR FOR APPOINTMENT AS NEXT FRIEND OF BMF, A MINOR

Comes now, TERRY FINLEY., by and through his undersigned attorneys, and hereby petitions the Court to appoint him the Next Friend of the minor, BMF, D/O/B 06/04/2004, for the purpose of prosecuting the above styled action pursuant to Federal Rule of Civil Procedure 17(c)(2) and Missouri Supreme Court Rule 52.02.

**MCDONNELL & MCDONNELL**

　　/s/Bernard P. McDonnell
Bernard P. McDonnell MBE 27372
231 S. Bemiston Suite 800
Clayton, MO 63105
314 721-3898
314 854-1386 (Fax)
bpm@mcdonnellandmcdonnell.com
Attorney for Plaintiff